UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE: Jennifer Butash

Case no. 13-31253
Judge Opperman
Chapter 13

_____/
Shirley L. Horn
Attorney for Debtor(s)
25600 Woodward Ave, Ste# 214
Royal Oak    MI    48067
(248) 398-9900
(248) 398-9902, Fax
shirleyhorn@sbcglobal.net    /

## DEBTORS RESPONSE TO STATE OF MICHIGANS NOTICE FOR FAILURE TO FILE TAX RETURNS AND REQUEST FOR HEARING

NOW comes Shirley L. Horn, attorney for Debtor(s), and hereby responds to the Trustee's Motion to Dismiss for Failure to Remit Tax Refunds to the Trustee, and in support states the following:

1. Debtor filed 2011 and 2012 State of Michigan return (Return is attached as exhibit B).

WHEREFORE, Debtor(s), by and through their attorney, Shirley L. Horn, request a hearing in open court.

Dated: 5/6/2013

/s/ Shirley L. Horn
Shirley L. Horn (P52071)
Attorney for Debtor(s)
25600 Woodward Ave, Ste# 214
Royal Oak    MI    48067
(248) 398-9900
(248) 398-9902, Fax
shirleyhorn@sbcglobal.net    /