Michigan Department of Treasury (Rev. 07-11), Page 1

Issued under authority of Public Act 281 of 1967.

# 2011 MICHIGAN Individual Income Tax Return MI-1040

Return is due April 17, 2012.

Type or print in blue or black ink. Print numbers like this: *0123456789* - NOT like this: *0 1 4 7*

| 1. Filer's First Name | M.I. | Last Name | 2. Filer's Social Security No. (Example: 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) |
|---|---|---|---|
| SCOT | O | BUTASH, JR. | [redacted] |
| If a Joint Return, Spouse's First Name | M.I. | Last Name | 3. Spouse's Social Security No. (Example: 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) |
| JENNIFER | L | BUTASH | [redacted] |
| Home Address (No., Street, P.O. Box or Rural Route) | | | |
| 7235 LIME LAKE CT | | | |
| City or Town | State | ZIP Code | 4. School District Code (5 digits - see p. 49) |
| BRIGHTON | MI | 48116 | 47010 |

**5. STATE CAMPAIGN FUND**
Check this box if you (or your spouse, if filing a joint return) want $3 of your taxes to go to this fund. This will not increase your tax or reduce your refund.

|   | Yes | No |
|---|---|---|
| a. You | ☐ | ☒ |
| b. Spouse | ☐ | ☒ |

**6. FARMERS, FISHERMEN OR SEAFARERS**
☐ Check this box if 2/3 of your income is from farming, fishing or seafaring.

**7. FILING STATUS.** Check one.
- a. ☐ Single
- b. ☒ Married, filing jointly
- c. ☐ Married, filing separately*

\* If you check box "c," complete line 3 and enter spouse's name below:

**8. RESIDENCY.** Check all that apply.
- a. ☒ Resident
- b. ☐ Nonresident*
- c. ☐ Part-Year Resident*

\* If you check box "b" or "c," you must complete and attach Schedule NR.

**9. EXEMPTIONS**

| | | | |
|---|---|---|---|
| a. Number of exemptions you claimed on your 2011 federal return ▶ 9a. | 4 | × $3,700 | 14,800 00 |
| b. Number of individuals 65 or older who qualify for a special exemption ▶ 9b. |   | × $2,400 | 00 |
| c. Number of individuals who qualify for one of the following special exemptions: deaf, blind, hemiplegic, paraplegic, quadriplegic, or totally and permanently disabled ▶ 9c. |   | × $2,400 | 00 |
| d. Number of children ages 18 and under you claimed as Michigan exemptions ▶ 9d. | 2 | × $600 | 1,200 00 |
| e. Number of qualified disabled veterans ▶ 9e. |   | × $300 | 00 |
| f. If your unemployment compensation is 50% or more of your Adjusted Gross Income (amount claimed on line 10) check (X) the box and enter $2,400 ▶ 9f. ☐ |   | $2,400 | 00 |
| g. If someone else can claim you as a dependent, check (X) the box, complete Worksheet 2 on p.10, and enter the amount from the worksheet ▶ 9g. ☐ |   | 9g. | 00 |
| h. Add lines 9a, 9b, 9c, 9d, 9e, 9f and 9g. Enter here and on line 15 ................. 9h. |   |   | 16,000 00 |

| | | |
|---|---|---|
| 10. Adjusted Gross Income from your U.S. Forms *1040, 1040A, 1040EZ* or *1040NR* (see p. 10) ▶ 10. | | 100,117 00 |
| 11. Additions from Michigan Schedule 1, line 7. Attach Schedule 1 ▶ 11. | | 00 |
| 12. Total. Add lines 10 and 11 ................................................... 12. | | 100,117 00 |
| 13. Subtractions from Michigan Schedule 1, line 21. Attach Schedule 1 ▶ 13. | | 00 |
| 14. Income subject to tax. Subtract line 13 from line 12. If line 13 is greater than line 12, enter "0". 14. | | 100,117 00 |
| 15. Exemption allowance. Amount from line 9h or Schedule NR, line 20 ▶ 15. | | 16,000 00 |
| 16. Taxable Income. Subtract line 15 from line 14. If line 15 is greater than line 14, enter "0" ........ 16. | | 84,117 00 |
| 17. Tax. Multiply line 16 by 4.35% (0.0435) ................................. 17. | | 3,659 00 |
| 18. Total Nonrefundable Credits. Amount from Schedule 2, line 11. Attach Schedule 2 ............ 18. | | 00 |
| 19. Income Tax. Subtract line 18 from line 17. If line 18 is greater than line 17, enter "0" ▶ 19. | | 3,659 00 |

**DIRECT DEPOSIT**
Deposit your refund directly to your financial institution! See p. 11 and complete a, b and c.

- a. Routing Transit Number ▶
- c. Account Number ▶
- b. Type of Account ▶ (1) ☐ Checking (2) ☐ Savings

REV 11/09/11 TTW

+ 1555 2011 05 01 27 1

Continue on page 2. This form cannot be processed if page 2 is not completed and attached.

Filer's Social Security Number ████████

| | | | |
|---|---|---|---|
| 20. | Enter amount of Income Tax from line 19 | 20. | 3,659 00 |
| 21. | Voluntary Contributions from Form 4642, line 7. Attach Form 4642 | 21. | 00 |
| 22. | **USE TAX** Use tax due on Internet, mail order or other out-of-state purchases from Worksheet 1, line 3, p. 9. | ▶ 22. | 0 00 |
| 23. | Add lines 20, 21 and 22 | 23. | 3,659 00 |

**REFUNDABLE CREDITS AND PAYMENTS**

| | | | |
|---|---|---|---|
| 24. | Property Tax Credit. Attach MI-1040CR or MI-1040CR-2 | ▶ 24. | 00 |
| 25. | Farmland Preservation Credit. Attach MI-1040CR-5 | ▶ 25. | 00 |
| 26. | Qualified Adoption Expenses. Attach U.S. Form 8839 and MI-8839 | ▶ 26. | 00 |
| 27. | Stillbirth Credit. Amount from Worksheet 3, line B, p. 11 | ▶ 27. | 00 |
| 28. | a. Federal Earned Income Tax Credit ▶ 28a | | 00 |
| | b. Michigan Earned Income Tax Credit. Multiply line 28a by 20% (0.20) | ▶ 28b. | 00 |
| 29. | Energy Efficient Qualified Home Improvement Credit. Attach Form 4764 | ▶ 29. | 00 |
| 30. | Michigan Historic Preservation Tax Credit (refundable). Attach Form 3581 | ▶ 30. | 00 |
| 31. | Michigan tax withheld from Schedule W, line 3. Attach Schedule W (do not submit W-2's) | ▶ 31. | 3,264 00 |
| 32. | Estimated tax, extension payments and 2010 credit forward | ▶ 32. | 00 |
| 33. | Total refundable credits and payments. Add lines 24 through 27, 28b, and 29 through 32 | 33. | 3,264 00 |

**REFUND OR TAX DUE**

| | | | |
|---|---|---|---|
| 34. | If line 33 is less than line 23, subtract line 33 from line 23. Include interest [____] and penalty [____] if applicable (see p. 11)....**YOU OWE** | 34. | 395 00 |
| 35. | Overpayment. If line 33 is greater than line 23, subtract line 23 from line 33 | 35. | 00 |
| 36. | Credit Forward. Amount of line 35 to be credited to your 2012 estimated tax for your 2012 tax return | ▶ 36. | 00 |
| 37. | Subtract line 36 from line 35 ................................ REFUND ▶ 37. | | 00 |

**Deceased Taxpayer.** If Filer and/or Spouse died after December 31, 2010, check the appropriate box below.

▶ [ ] Filer is Deceased    ▶ [ ] Spouse is Deceased

**Taxpayer Certification.** I declare under penalty of perjury that the information in this return and attachments is true and complete to the best of my knowledge.

Filer's Signature: [signed]   Date: 3/25/13

Spouse's Signature: _____   Date: _____

▶ I authorize Treasury to discuss my return with my preparer.   [ ] Yes   [ ] No

**Preparer Certification.** I declare under penalty of perjury that this return is based on all information of which I have any knowledge.

▶ Preparer's PTIN, FEIN or SSN

▶ Preparer's Business Name (print or type)
SELF PREPARED

Preparer's Business Address (print or type)

Refund, credit, or zero returns. Mail your return to: Michigan Department of Treasury, Lansing, MI 48956
Pay amount on line 34. Mail your check and return to: Michigan Department of Treasury, Lansing, MI 48929

Make your check payable to "State of Michigan." Print your Social Security number and "2011 income tax" on the front of your check. If paying on behalf of another taxpayer, write the taxpayer's name and Social Security number on the check. Do not staple your check to the return. Keep a copy of your return and all supporting schedules for six years. To check the status of your refund, have a copy of your MI-1040 available when you visit: www.michigan.gov/iit

REV 11/08/11 TTW

+ 1555 2011 05 02 27 9

Michigan Department of Treasury
3924 (Rev. 07-11), Page 1

# Schedule W

# 2011 MICHIGAN Withholding Tax Schedule

Issued under authority of Public Act 281 of 1967.

**INSTRUCTIONS:** If you had Michigan income tax withheld in 2011, you must complete a *Withholding Tax Schedule* (Schedule W) to claim the withholding on your *Individual Income Tax Return* (MI-1040, line 31). Attach your completed Schedule W to Form MI-1040 or MI-1040X where applicable. See complete instructions on page 2 of this form. Type or print in blue or black ink.

Print numbers like this: 0123456789 - NOT like this: Ø 1 4 7

Attachment 13

| Filer's First Name | M.I. | Last Name | Filer's Social Security Number (Example: 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) |
|---|---|---|---|
| SCOT | O | BUTASH | |
| If a Joint Return, Spouse's First Name | M.I. | Last Name | Spouse's Social Security Number (Example: 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) |
| JENNIFER | L | BUTASH | |

## TABLE 1: MICHIGAN TAX WITHHELD ON W-2, W-2G or CORRECTED W-2 FORMS

| A<br>Enter "X"<br>if for:<br>You or Spouse | | B<br>Box b - Employer's federal<br>identification number | C<br>Box c -<br>Employer's name | D<br>Box 1 - Wages, tips,<br>other compensation | E<br>Box 17 - Michigan<br>income tax withheld | F<br>Box 19 - City<br>income tax withheld |
|---|---|---|---|---|---|---|
| X | | 45-3031187 | DICK SCOTT MOTOR MALL | 2,364 00 | 80 00 | 00 |
| X | | 38-2859083 | DICK SCOTT MOTOR MALL | 60,870 00 | 2,139 00 | 00 |
| | X | 95-2566122 | FIRST AMERICAN TITLE I | 12,382 00 | 538 00 | 00 |
| | X | 38-2031938 | LIBERTY TITLE CO | 23,040 00 | 507 00 | 00 |
| | | | | 00 | 00 | 00 |
| | | | | 00 | 00 | 00 |
| | | | | 00 | 00 | 00 |
| | | | | 00 | 00 | 00 |

Enter Table 1 Subtotal from additional Schedule W forms (if applicable) .................... 00 | 00

1. **SUBTOTAL.** Enter total of Table 1, columns E and F. Carry total of column F to Worksheet 4 (City Income Tax Credit), p. 15 .......................................... **1.** 3,264 00 | 00

**IMPORTANT:** If you have no entries for Table 2, carry total of line 1, column E, to line 3 below.

## TABLE 2: MICHIGAN TAX WITHHELD ON 1099 and 4119 FORMS

| A<br>Enter "X"<br>if for:<br>You or Spouse | B<br>Payer's federal<br>identification number | C<br>Payer's name | D<br>Taxable pension<br>distribution, misc.<br>income, etc. (see instr.) | E<br>Michigan income<br>tax withheld | F<br>Box 7 - Distribution<br>Code (1099-R only) |
|---|---|---|---|---|---|
| | | | 00 | 00 | |
| | | | 00 | 00 | |
| | | | 00 | 00 | |
| | | | 00 | 00 | |
| | | | 00 | 00 | |
| | | | 00 | 00 | |

Enter Table 2 Subtotal from additional Schedule W forms (if applicable) ................... 00

2. **SUBTOTAL.** Enter total of Table 2, column E .................................. **2.** 00

3. **TOTAL.** Add line 1 and line 2, column E. Carry total to your MI-1040, line 31 ...... **3.** 3,264 00

REV 11/08/11 TTW

+ 1555 2011 57 01 27 2

Michigan Department of Treasury (Rev. 10-12), Page 1

Issued under authority of Public Act 281 of 1967.

# 2012 MICHIGAN Individual Income Tax Return MI-1040

Return is due April 15, 2013.

Type or print in blue or black ink. Print numbers like this: 0123456789 - NOT like this: Ø 1 4 7

| 1. Filer's First Name | M.I. | Last Name | 2. Filer's Social Security No. (Example: 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) |
|---|---|---|---|
| SCOT | O | BUTASH, JR. | |
| If a Joint Return, Spouse's First Name | M.I. | Last Name | |
| JENNIFER | L | BUTASH | 3. Spouse's Social Security No. (Example: 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) |
| Home Address (Number, Street, or P.O. Box) | | | |
| 7235 LIME LAKE CT | | | |
| City or Town | State | ZIP Code | 4. School District Code (5 digits – see page 60) |
| BRIGHTON | MI | 48116 | 47010 |

**5. STATE CAMPAIGN FUND**
Check if you (and/or your spouse, if filing a joint return) want $3 of your taxes to go to this fund. This will not increase your tax or reduce your refund.
a. ☐ Filer
b. ☐ Spouse

**6. FARMERS, FISHERMEN, SEAFARERS OR RETIREE**
☐ Check this box if 2/3 of your income is from farming, fishing, seafaring or you are a pension recipient (see p. 11).

**7. FILING STATUS. Check one.**
a. ☐ Single
b. ☒ Married, filing jointly
c. ☐ Married, filing separately*

* If you check box "c," complete line 3 and enter spouse's full name below:

**8. RESIDENCY STATUS. Check all that apply.**
a. ☒ Resident
b. ☐ Nonresident *
c. ☐ Part-Year Resident *

* If you check box "b" or "c," you must complete and attach Schedule NR.

**9. EXEMPTIONS.** NOTE: If someone else can claim you as a dependent, check box 9d, enter 0 on line 9a and enter $1,500 on line 9d.

| | | | | |
|---|---|---|---|---|
| a. Number of exemptions claimed on 2012 federal return............ 9a. | 4 | x $3,763 | 9a. | 15052 00 |
| b. Number of individuals who qualify for one of the following special exemptions: deaf, blind, hemiplegic, paraplegic, quadriplegic, or totally and permanently disabled 9b. | | x $2,400 | 9b. | 00 |
| c. Number of qualified disabled veterans ............................ 9c. | | x $300 | 9c. | 00 |
| d. Claimed as dependent, see line 9 NOTE above ................ 9d. | ☐ | | 9d. | 00 |
| e. Add lines 9a, 9b, 9c and 9d. Enter here and on line 15 ............ | | | 9e. | 15052 00 |

| | | |
|---|---|---|
| 10. Adjusted Gross Income from your U.S. Forms *1040, 1040A, 1040EZ* or *1040NR* (see p. 11) ........... | 10. | 107733 00 |
| 11. Additions from Michigan Schedule 1, line 7. Attach Schedule 1 .................................. | 11. | 00 |
| 12. Total. Add lines 10 and 11 .................................................................. | 12. | 107733 00 |
| 13. Subtractions from Michigan Schedule 1, line 21. Attach Schedule 1 ............................. | 13. | 00 |
| 14. Income subject to tax. Subtract line 13 from line 12. If line 13 is greater than line 12, enter "0" ........ | 14. | 107733 00 |
| 15. Exemption allowance. Amount from line 9e or Schedule NR, line 19 ............................. | 15. | 15052 00 |
| 16. Taxable Income. Subtract line 15 from line 14. If line 15 is greater than line 14, enter "0" .......... | 16. | 92681 00 |
| 17. Tax. Multiply line 16 by 4.33% (0.0433) ....................................................... | 17. | 4013 00 |

**NON-REFUNDABLE CREDITS**        AMOUNT        CREDIT

| | | | | |
|---|---|---|---|---|
| 18. Income Tax imposed by government units outside Michigan. Attach a copy of the return (see instructions) ........ | 18a. | 00 | 18b. | 00 |
| 19. Michigan Historic Preservation Tax credit carryforward and/or Small Business Investment Tax Credit (see instructions) ....... | 19a. | 00 | 19b. | 00 |
| 20. Income Tax. Subtract the sum of lines 18b and 19b from line 17. If the sum of lines 18b and 19b is greater than line 17, enter "0" ....... | | | 20. | 4013 00 |

+ 1555 2012 05 01 27 9

REV 10/23/12 TTW

Continue on page 2. This form cannot be processed if page 2 is not completed and attached.

2012 MI-1040, Page 2

Filer's Social Security Number [REDACTED]

| | | |
|---|---|---|
| 21. Enter amount of Income Tax from line 20 | 21. | 4013 00 |
| 22. Voluntary Contributions from Form 4642, line 8. Attach Form 4642. | 22. | 00 |
| 23. USE TAX. Use tax due on Internet, mail order or other out-of-state purchases from Worksheet 1, line 3, p. 9 | 23. | 0 00 |
| 24. Total Tax Liability. Add lines 21, 22 and 23 | 24. | 4013 00 |

**REFUNDABLE CREDITS AND PAYMENTS**

| | | |
|---|---|---|
| 25. Property Tax Credit. Attach MI-1040CR or MI-1040CR-2 | 25. | 00 |
| 26. Farmland Preservation Credit. Attach MI-1040CR-5 | 26. | 00 |
| 27. a. Federal Earned Income Tax Credit | 27a. | 00 |
| b. Michigan Earned Income Tax Credit. Multiply line 27a by 6% (0.06) | 27b. | 00 |
| 28. Michigan Historic Preservation Tax Credit (refundable). Attach Form 3581. | 28. | 00 |
| 29. Michigan tax withheld from Schedule W, line 7. Attach Schedule W (do not submit W-2's) | 29. | 3742 00 |
| 30. Estimated tax, extension payments and 2011 credit forward | 30. | 00 |
| 31. Total refundable credits and payments. Add lines 25, 26, 27b, 28, 29 and 30 | 31. | 3742 00 |

**REFUND OR TAX DUE**

| | | |
|---|---|---|
| 32. If line 31 is less than line 24, subtract line 31 from line 24. Include interest [ ] and penalty [ ] if applicable (see p. 12) **YOU OWE** | 32. | 271 00 |
| 33. Overpayment. If line 31 is greater than line 24, subtract line 24 from line 31 | 33. | 00 |
| 34. Credit Forward. Amount of line 33 to be credited to your 2013 estimated tax for your 2013 tax return | 34. | 00 |
| 35. Subtract line 34 from line 33 REFUND | 35. | 00 |

**DIRECT DEPOSIT**
Deposit your refund directly to your financial institution! See page 13 and complete a, b and c.

a. Routing Transit Number | b. Account Number | c. Type of Account
1. [ ] Checking  2. [ ] Savings

**Deceased Taxpayer.** If Filer and/or Spouse died after December 31, 2011, check the appropriate box below.
[ ] Filer is deceased.  [ ] Spouse is deceased.

**Taxpayer Certification.** I declare under penalty of perjury that the information in this return and attachments is true and complete to the best of my knowledge.
Filer's Signature: [signature]  Date: 3/25/13
Spouse's Signature:  Date:

**Preparer Certification.** I declare under penalty of perjury that this return is based on all information of which I have any knowledge.
Preparer's PTIN, FEIN or SSN:
Preparer's Business Name (print or type): SELF PREPARED
Preparer's Business Address (Print or Type):

[ ] By checking this box, I authorize Treasury to discuss my return with my preparer.

Refund, credit, or zero returns. Mail your return to: Michigan Department of Treasury, Lansing, MI 48956
Pay amount on line 32. Mail your check and return to: Michigan Department of Treasury, Lansing, MI 48929

Make your check payable to "State of Michigan." Print your Social Security number and "2012 Income Tax" on the front of your check. If paying on behalf of another taxpayer, write the taxpayer's name and Social Security number on the check. Do not staple your check to the return. Keep a copy of your return and supporting schedules for six years. To check your refund status, have a copy of your MI-1040 available when you visit www.michigan.gov/iit

REV 10/23/12 TTW

+ 1555 2012 05 02 27 7

13-31253-dof    Doc 18-1    Filed 05/06/13    Entered 05/06/13 15:28:10    Page 5 of 7

ACNB 5 of 7

Michigan Department of Treasury (Rev. 04-12), Page 1

# 2012 MICHIGAN Withholding Tax Schedule

Issued under authority of Public Act 281 of 1967.

Type or print in blue or black ink. Print numbers like this: 0123456789 - NOT like this: ∅ 1 4 7

Schedule W

Attachment 13

**INSTRUCTIONS:** If you had Michigan income tax withheld in 2012, you must complete a *Withholding Tax Schedule* (Schedule W) to claim the withholding on your *Individual Income Tax Return* (MI-1040, line 29). Report military pay in Table 1 even if no Michigan tax was withheld. Attach your completed Schedule W to Form MI-1040 or MI-1040X where applicable. See complete instructions on page 2 of this form. If you need additional space, attach another Schedule W.

| 1. Filer's First Name | M.I. | Last Name | 2. Filer's Social Security No. (Example: 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) |
|---|---|---|---|
| SCOT | O | BUTASH | |
| If a Joint Return, Spouse's First Name | M.I. | Last Name | 3. Spouse's Social Security No. (Example: 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) |
| JENNIFER | L | BUTASH | |

## TABLE 1: MICHIGAN TAX WITHHELD ON W-2, W-2G or CORRECTED W-2 FORMS

| A<br>Enter "X" for Filer or Spouse | B — Employer's federal identification number (Example: 38-1234567) | C<br>Box c — Employer's name | D<br>Box 1 — Wages, tips, other compensation | E<br>Box 17 — Michigan Income tax withheld |
|---|---|---|---|---|
| X | 45-3031187 | DICK SCOTT MOTOR MAL | 66564 00 | 2837 00 |
| | X | 38-2031938 | LIBERTY TITLE CO | 41169 00 | 905 00 |
| | | | | 00 | 00 |
| | | | | 00 | 00 |
| | | | | 00 | 00 |
| | | | | 00 | 00 |

Enter Table 1 Subtotal from additional Schedule W forms (if applicable) .................... | 00

4. SUBTOTAL. Enter total of Table 1, column E .................... 4. | 3742 00

## TABLE 2: MICHIGAN TAX WITHHELD ON 1099

| A<br>Enter "X" for Filer or Spouse | B — Payer's federal identification number (Example: 38-1234567) | C<br>Payer's name | D<br>Taxable pension distribution, misc. income, etc. (see instr.) | E<br>Michigan income tax withheld |
|---|---|---|---|---|
| | | | 00 | 00 |
| | | | 00 | 00 |
| | | | 00 | 00 |
| | | | 00 | 00 |
| | | | 00 | 00 |
| | | | 00 | 00 |

Enter Table 2 Subtotal from additional Schedule W forms (if applicable) .................... | 00

5. SUBTOTAL. Enter total of Table 2, column E .................... 5. | 00

REV 10/09/12 TTW

+ 1555 2012 57 01 27 0

Continue on page 2.

13-31253-dof   Doc 18-1   Filed 05/06/13   Entered 05/06/13 15:28:10   Page 6 of 7

ExhB 6 of 7

Filer's Social Security Number 

### TABLE 3: MICHIGAN FLOW-THROUGH WITHHOLDING

| A<br>Payer's federal identification number (Example: 38-1234567) | B<br>Payer's name | C<br>Michigan flow-through withholding tax withheld | |
|---|---|---|---|
| | | | 00 |
| | | | 00 |
| | | | 00 |
| | | | 00 |
| | | | 00 |
| | | | 00 |
| Enter Table 3 Subtotal from additional Schedule W forms (if applicable) | | | 00 |
| 6. SUBTOTAL. Enter total of Table 3, column C ................................................. 6. | | | 00 |
| 7. TOTAL. Add lines 4, 5 and 6. Enter here and carry to MI-1040, line 29 ........... 7. | | 3742 | 00 |

## Instructions for Schedule W
## Withholding Tax Schedule

Schedule W is designed to report State of Michigan income tax withholding. Schedule W is imaged to enable us to process your individual income tax return more efficiently.

Attach the completed Schedule to your return. An attachment number is listed in the upper right corner to help you assemble your form in the correct order behind your *MI-1040 Individual Income Tax Return*. **If a Schedule W is not attached when required, the processing of your return will be delayed. Do not submit W-2 and/or 1099 forms with your return.** If you are filing an MI-1040X because you received a corrected W-2 you must complete a Schedule W. Keep copies of your W-2s with your tax records for six years and have them available if requested by the Department of Treasury.

**Michigan Residents.** If you paid income tax to a governmental unit outside of Michigan, see instructions for MI-1040, line 18.

### Completing the Withholding Tables

*Lines not listed are explained on the form.*

Complete the withholding tables using information from your W-2, 1099 and MI-4919 forms, and any other documents that report Michigan tax withheld. If you need additional space, attach another Schedule W.

**Column D**

Table 1: From W-2s, enter wages, tips, military pay, and other compensation.

Table 2: From 1099 forms, or other withholding documents, enter unemployment compensation, taxable pension from federal return, and any other taxable income from which Michigan tax was withheld.

Table 3: Report Michigan flow-through information provided to you by the flow-through entity.

Line 7: Total. Enter total of line 4 from Table 1, line 5 from Table 2, and line 6 from Table 3 and carry total to Form MI-1040, line 29.

REV 10/09/12 TTW

+ 1555 2012 57 02 27 8